# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:13-cv-09205-PSG-PLA | Date: | April 21, 2014 |
| Title: | LightMed Corporation et al v. Ellex Medical Pty. Ltd. et al | | |

Present: The Honorable:  Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                           Not Present

Proceedings (In Chambers):   **ORDER TO SHOW CAUSE RE NON ADMITTED ATTORNEY**

On April 17, 2014, the Attorney Admission's Office advised the Court about attorney Jennifer Hagan's failure to comply with Local Rule 83, and failure to take action in response to the *Letter Re No Record of Admission* sent to the attorney on March 18, 2014 and April 9, 2014 respectively.

Accordingly, the attorney is ordered to show cause in writing no later than **May 5, 2014** as to why this Court should not revoke permission to appear on behalf of Defendants and/or impose monetary sanctions.

The Order to Show Cause shall stand submitted upon the filing of a written response to this Order, or upon the filing of an Application for Admission to the Bar of The Central District of California (G-60).

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the matter unless so ordered by the Court.

Further, a mandatory chambers copy shall be delivered to Courtroom 880 pursuant to Local Rule 5-4.5.

cc: Lupe Thrasher
Attorney Admissions

Initials of Preparer          wkh